**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMIE LEE JACKSON,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>G.J. GIURBINO,<br><br>　　　　Respondent.<br>_____/ | CASE NO. CV-F-04-5145 AWI SMS HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE APPEAL<br><br>[Doc. 25] |

On March 29, 2005, Petitioner's case was dismissed and judgment was entered. On June 3, 2005, Petitioner filed a motion for an extension of time to file an appeal. Petitioner's motion shall be granted.

A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A). However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. See FRAP 4(a)(5)(A)(i). Regardless of whether the motion is filed before or during the 30 days period after the entry of judgment, a motion may be granted if the party show excusable neglect or good cause. See FRAP 4(a)(5)(A)(ii). Petitioner filed his motion to extend time on June 3, 2005, and self dated on May 28, 2005, which is more than 30 days after the expiration time for filing his appeal. In his motion to extend time, Petitioner shows good cause for the extension, citing prison transfers over which he has no control. Accordingly, good cause having

1  been presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that
2  Petitioner's motion to extend time to file the appeal is GRANTED until ten days from the date of service
3  of this order.

5  IT IS SO ORDERED.

6  **Dated:   June 15, 2005**                        **/s/ Anthony W. Ishii**
   0m8i78                                            UNITED STATES DISTRICT JUDGE